

        **Eric M. Fraser**　　　　2929 North Central Avenue
        Direct: 602-640-9321　　Suite 2000
        Office: 602-640-9000　　Phoenix, Arizona 85012
        efraser@omlaw.com　　　omlaw.com

May 9, 2025

Molly C. Dwyer, Clerk of Court
Office of the Clerk
United States Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

      Re:    Rule 28(j) Supplemental Citation of Authority
              *Ams. for Prosperity v. Meyer*, No. 24-2933

Dear Ms. Dwyer:

      Pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure, Defendants hereby notify the Court that the Arizona Supreme Court granted review in the following case, which was cited in the briefs: *Ctr. for Ariz. Pol'y Inc. v. Ariz. Sec'y of State,* No. CV-24-0295-PR (Ariz. May 7, 2025). As the attached order indicates, the Arizona Supreme Court granted review solely on issues arising under the Constitution of the State of Arizona.

                                      Sincerely,

                                      Eric M. Fraser

EMF:

Page 2

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on the 9th day of May, 2025.

      Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

s/ Eric M. Fraser



# Supreme Court
### STATE OF ARIZONA

ANN A. SCOTT TMMER  
Chief Justice

ARIZONA STATE COURTS BUILDING  
1501 WEST WASHINGTON STREET, SUITE 402  
PHOENIX, ARIZONA 85007  
TELEPHONE: (602) 452-3396

TRACIE K. LINDEMAN  
Clerk of the Court

May 7, 2025

**RE: CENTER FOR AZ et al v AZ SECRETARY OF STATE et al**
   **Arizona Supreme Court No. CV-24-0295-PR**
   **Court of Appeals, Division One No. 1 CA-CV 24-0272 A**
   **Maricopa County Superior Court No. CV2022-016564**

GREETINGS:

The following action was taken by the Supreme Court of the State of Arizona on May 6, 2025, in regard to the above-referenced cause:

**ORDERED: Plaintiffs-Appellants' Petition for Review = GRANTED as to the following rephrased issues:**

**1. Is the Voters' Right to Know Act facially unconstitutional under the Ariz. Constitution?**

**2. If not, did the court of appeals properly dismiss Plaintiffs-Appellants' as-applied challenge?**

**The parties are admonished to address whether the tiers of scrutiny under federal First Amendment jurisprudence are applicable to Ariz. Const. art. 2, § 6.**

**FURTHER ORDERED: The case shall be set for oral argument.**

**FURTHER ORDERED: The parties may file simultaneous supplemental briefs, not to exceed 20 pages in length, no later than May 27, 2025. Any amicus briefs are due on or before June 10, 2025 and any responses to amicus briefs are due on or before June 30, 2025. Any amicus briefs or responses may not exceed 20 pages in length.**

**Justice Cruz did not participate in the determination of this matter.**

```
Arizona Supreme Court No. CV-24-0295-PR
Page 2 of 3
```

Filing of a supplemental brief is permissive rather than mandatory. This order should not be construed as an invitation to repeat the contents of the Petition for Review, the Response, or any Reply. Lack of a supplemental brief shall not be considered an admission that the position of the opposing party or parties should prevail.

Counsel shall be advised of the date and time of oral argument at such time as the hearing date is determined.

The Clerk of the Court of Appeals, Division One, Phoenix, shall forward the remaining record to the Clerk of the Supreme Court.

Tracie K. Lindeman, Clerk

Arizona Supreme Court No. CV-24-0295-PR
Page 3 of 3


TO:
Jonathan Matthew Riches
Scott Day Freeman
Parker Dee Jackson
Andrew W. Gould
Emily Gould
Daniel Tilleman
Mary R O'Grady
Alexandria Karpurk
Eric M Fraser
Alexander W Samuels
Nathan Arrowsmith
Kathryn E Boughton
Daniel J Adelman
Chanele N Reyes
David Kolker
Tara Malloy
Elizabeth Shimek
Kory A Langhofer
Thomas J Basile
Nathan Curtisi
Dominic Emil Draye
Derek Shaffer
Brett William Johnson
Tracy Olson
Charlene Anne Warner
Ryan Hogan
Deryck Lavelle
Dustin S Cammack
Aaron Thomas Martin
Brett R. Nolan
Matthew J Martin
Alex Benjamin Kaufman
Dan Backer
Petra Mangini
Jerad Najvar
Jake Tyler Rapp
Shayna Gabrielle Stuart
Craig A Morgan
Hon. Joseph W Malka
Raymond L Billotte
Hon Danielle J Viola
Hon. Joseph C Welty
Hon. M Scott McCoy
my